## First Department, May, 1943.

### (May 3, 1943.)

BARTHOLOMEW J. ANTONE et al., Copartners under the Name of ANTONE BROTHERS & COMPANY, Respondents, v. MILTON KAHN et al., Copartners under the Name of NOVELART MANUFACTURING COMPANY, Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

BEN JENKINS et al., Respondents, v. SAMUEL BLOOM, Defendant, and MOTT HAVEN FEED CO., INC., et al., Defendants-Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

### (May 7, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERRISH H. MILLIKEN, Appellant, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. (721-25 Park Avenue. Taxes 1933, 1934, 1935, 1940-41, 1941-42.)

Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM M. MOORE CONSTRUCTION CO., INC., Appellant, v. UNITED STATES FIDELITY AND GUARANTEE COMPANY, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. Glennon and Cohn, JJ., concur on the ground that it appears from the uncontradicted evidence that plaintiff had been notified by defendant in October, 1933, of the entry of the judgment on the cross-complaint. Plaintiff is, accordingly, barred from maintaining this action against defendant by virtue of the two-year period of limitation contained in the policy of insurance.

BRUSSELL SEWING MACHINE CO., INC., Respondent, v. APEX WATCH CASE MFG. CO., INC., Appellant.—

Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

BRUSSELL SEWING MACHINE Co., INC., Respondent, v. APEX WATCH CASE MFG. CO., INC., Appellant.—

No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

LEOPOLD MANNABERG, Appellant, v. ELY CULBERTSON et al., Respondents, et al., Defendants.—

Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Will of FRANCIS G. LLOYD, Deceased. MATILDA H. LLOYD et al., as Trustees under the Will of FRANCIS G. LLOYD, Deceased, et al., Appellants; JOAN H. LLOYD et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse.

LEOPOLD MANNABERG, Appellant, v. ELY CULBERTSON et al., Respondents, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to affirm. Settle orders on notice.

MARIE McMILLIN, Appellant, v. COLUMBIA PICTURES CORPORATION, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

HAROLD WILL, Respondent, v. WILL & BAUMER CANDLE COMPANY, INC., et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

HAROLD WILL, Respondent, v. WILL & BAUMER CANDLE COMPANY, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

LILLIAN KAHGAN, Appellant, v. PHILLIP KAHGAN, Defendant. In the Matter of PARAMOUNT PICTURES, INC., Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

In the Matter of JOHN G. BEST et al., Appellants, against CITY OF NEW YORK et al., Respondents.—